# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CV 21-02470 SB (ASx) | Date: June 9, 2021 |

Title: *Cedar Lane Technologies Inc. v. E-Sceptre, Inc.*

Present: The Honorable **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers]

The Court has received Isaac Rabicoff's application, Dkt. No. 15, to appear pro hac vice in this case. The applicant has appeared in 10 cases in this district alone in the past three years, including five cases this year in just the last six months. The applicant is ordered to show cause why the Court should not deny the application on the grounds that he is regularly engaged in the practice of law in California. See Local Rule 83-2.1.3.2(c). In his declaration in response, counsel must list all cases in which he has appeared in any case in state or federal court in California in the past three years.

**IT IS SO ORDERED**.